**CERTIFICATE OF SERVICE**

I, Mary E. Augustine, hereby certify that on the 17th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the parties listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

*Barloworld Handling LP*
c/o Corporation Service Company
Registered Agent
40 Technology Parkway South, #30
Norcross, GA 30092

*Barloworld Handling LP*
c/o Corporation Service Company
Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

*Barloworld Handling LP*
Attn:   General Partner - Wrenn
        Handling, Inc.
11301-C Granite Street
Charlotte, NC 28273

_____
Mary E. Augustine (No. 4477)

620612v1